# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JORGE DANIS AMAYA JR. (1),

    Defendant.

Case No. 13CR4551-L

JUDGMENT OF DISMISSAL

**FILED**
APR 01 2016
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _a cc_ DEPUTY

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☒ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment/Information:

8:1324(a)(1)(A)(ii) and (v)(I); 8:1324(b), 18:982(a)(6) and 982(b), 28:2461(c) - Conspiracy to Transport Illegal Aliens; Criminal Forfeiture and 8:1324(a)(1)(A)(ii) and (v)(II); 8:1324(b), 18:982(a)(6) and 982(b), 28:2461(c) - Transportation of Illegal Aliens and Aiding and Abetting; Criminal Forfeiture

Dated: 4/1/2016

Hon. M. James Lorenz
United States District Judge